**Bilal AHDOM, Petitioner—Appellant,**

v.

**George GALAZA, Respondent— Appellee.**

**No. 06–56447.**

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2008 *.

Filed July 2, 2008.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

459

unreasonable, we conclude that he is not entitled to statutory tolling for these periods. *See Evans v. Chavis,* 546 U.S. 189, 200–01, 126 S.Ct. 846, 163 L.Ed.2d 684 (2006).

**AFFIRMED.**

Arthur H. Weed, Santa Barbara, CA, for Petitioner–Appellant.

Bilal Ahdom, Delano, CA, pro se.

Kristine A. Gutierrez, Esq., AGCA—Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: REINHARDT, LEAVY, and CLIFTON, Circuit Judges.

## MEMORANDUM **

California state prisoner Bilal Ahdom appeals from the district court's order dismissing his 28 U.S.C. § 2254 petition as untimely. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Ahdom contends he is entitled to statutory tolling of the Antiterrorism and Effective Death Penalty Act's one-year statute of limitations pursuant to 28 U.S.C. § 2244(d)(2). However, because the five-month delay between the filing of Ahdom's first and second state post-conviction petitions, and the five-month delay between the filing of Ahdom's second and third state post-conviction petitions, were each

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.